UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUAN M. WALKER,

    Plaintiff,

vs.                                                 Case No.: 8:12-cv-01905-T-27TBM

CAROLYN W. COLVIN,
Acting Commissioner of the United
States Social Security Administration,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 16) from the Magistrate Judge recommending that the decision of the Commissioner of the United States Social Security Administration be affirmed. No objections to the Report and Recommendation have been filed, and the time for filing such objections has now expired.

A district court may accept, reject or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the court may accept, reject or modify, in whole or in part, the findings and recommendations. *Id.*; *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. Appx. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Report and Recommendation

(Dkt. 16) is **ACCEPTED** and **ADOPTED** for all purposes, including for appellate review. The decision of the Commissioner of Social Security is **AFFIRMED**. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 6th day of September, 2013.

                                      JAMES D. WHITTEMORE
                                      United States District Judge

Copies to: Counsel of Record